IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDERSON LEE ALDRICH,

      Defendant.

---

## NOTICE OF DISPOSITION

---

Anderson Lee Aldrich, by and through undersigned counsel, David Kraut, hereby notifies this Court that a disposition has been reached in this case with the government.

The disposition includes an indictment wavier and a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C). The written indictment waiver form will be filed at the time of the Initial Advisement. The essential terms of the plea agreement are outlined in the parties' Joint Motion for Order Regarding Sentencing Procedure. ECF 4. The parties will provide the Court with copies of the Plea Agreement and Statement in Advance of Plea of Guilty prior to the combined change of plea and sentencing hearings.

The Defendant respectfully moves the Court to schedule a change of plea hearing for the court to consider the proposed plea agreement, and, consistent with the parties' Joint Motion (ECF 4), a sentencing hearing to follow immediately thereafter.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Alison M. Connaughty
Assistant United States Attorney
Email: alison.connaughty@usdoj.gov

Bryan D. Fields
Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

Maura D. White
Assistant United States Attorney
Email: maura.white@usdoj.gov

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant