IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDERSON LEE ALDRICH,

      Defendant.

---

## NOTICE OF APPEARANCE

---

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      *s/Josh Lilley*
      JOSH LILLEY
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Josh_Lilley@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2024, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alison M. Connaughty, Assistant United States Attorney
Email: alison.connaughty@usdoj.gov

Bryan D. Fields, Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

Maura D. White, Assistant United States Attorney
Email: maura.white@usdoj.gov

              *s/Josh Lilley*
              JOSH LILLEY
              Assistant Federal Public Defender
              633 17th Street, Suite 1000
              Denver, CO  80202
              Telephone:  (303) 294-7002
              FAX:  (303) 294-1192
              Josh_Lilley@fd.org
              Attorney for Defendant