AO 245C (CO Rev. 11/20)     Amended Judgment in a Criminal Case                                              (NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>ANDERSON LEE ALDRICH<br>*a/k/a Nicholas Brink* | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  1:24-cr-00006-CNS-1<br><br>USM Number:  95144-510 |
| **Date of Original Judgment:** 6/18/2024<br>*(Or Date of Last Amended Judgment)* | David Andrew Kraut and Joshua M. Lilley<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 through 74 of the Information.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 249(a)(2)(A)(ii)(I), (B)(ii), (B)(iii), (B)(iv)(I), and (B)(iv)(II) | Hate Crime Acts: Use of a Firearm or Dangerous Weapon to Cause Death | 11/19/2022 | 1-5 |
| 18 U.S.C. § 249(a)(2)(A)(ii)(II), (B)(ii), (B)(iii), (B)(iv)(I), and (B)(iv)(II) | Hate Crime Acts: Use of a Firearm or Dangerous Weapon to Willfully Cause Bodily Injury and Attempt to Kill | 11/19/2022 | 6-24 |
| 18 U.S.C. § 249(a)(2)(A)(ii)(II), (B)(ii), (B)(iii), (B)(iv)(I), and (B)(iv)(II) | Hate Crime Acts: Use of a Firearm or Dangerous Weapon to Attempt to Cause Bodily Injury and Attempt to Kill | 11/19/2022 | 25-50 |
| 18 U.S.C. § 924(j)(1) | Use of a Firearm During and In Relation to a Crime of Violence to Commit Murder | 11/19/2022 | 51-55 |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Use of a Firearm During and in Relation to a Crime of Violence | 11/19/2022 | 56-74 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 10, 2024
Date of Imposition of Judgment

September 16, 2024
Signature of Judge

Charlotte N. Sweeney, United States District Judge
Name and Title of Judge

Date

AO 245C (CO Rev. 11/20) Amended Judgment in Criminal Case       (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 4

DEFENDANT: ANDERSON LEE ALDRICH
CASE NUMBER: 1:24-cr-00006-CNS-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Life plus one hundred ninety (190) years, consisting of:**
**Counts 1-55: Life as to each count, concurrent with each other and concurrent with the sentence imposed in El Paso County District Court, Case Number 2022CR6008;**
**Counts 56-74: One hundred twenty (120) months as to each count, consecutive to each other, consecutive to Counts 1-55, and consecutive to the sentence imposed in El Paso County District Court, Case Number 2022CR6008.**

☒ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the Bureau of Prisons designate the defendant to the Colorado Department of Corrections for service of the federal sentence.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at ____ ☐ a.m. ☐ p.m. on ____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on ____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____ to ____
at ____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 4

DEFENDANT: ANDERSON LEE ALDRICH
CASE NUMBER: 1:24-cr-00006-CNS-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | Assessment | Restitution* | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 7,400.00 | $ 24,121.93 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee* | Total Loss*** | Restitution Ordered* | Priority or Percentage |
|---|---|---|---|
| A.V. | | $121.93 | |
| K.F. | | $12,000.00 | |
| J.F. | | $12,000.00 | |
| **TOTALS*** | $ | $ **24,121.93** | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ *The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (CO Rev. 11/20) Amended Judgment in Criminal Case                                     (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 4 of 4

DEFENDANT:        ANDERSON LEE ALDRICH
CASE NUMBER:  1:24-cr-00006-CNS-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance     ☐  C  ☐  D,  ☐  E, or  ☐  F below; or

B  ☒  Payment to begin immediately (may be combined with  ☐  C  ☐  D,  ☐  F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:



Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate. |
|---|---|---|---|

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:



Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.